UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE WILLIAMS,

Plaintiff,

-against-

FBI-BIG BROTHER WATCHING YOU, KASH PATEL; CHRISTOPHER G. RAIA,

Defendants.

26-cv-4429 (GBD)

CIVIL JUDGMENT

For the reasons stated in the September 09, 2026, Order, this action is dismissed as frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 14, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge